UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KAREN AND RUSSELL FOWLER,

    Plaintiffs,

v.                    CIVIL ACTION NO. 5:11-cv-05222-JLH

NORTHSTAR LOCATION SERVICES, LLC,

    Defendant.

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, KAREN AND RUSSELL FOWLER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/ Michael Agruss
    Michael Agruss
    Attorney for Plaintiff
    Krohn & Moss, Ltd.
    10 N. Dearborn, 3rd Floor
    Chicago, IL 60602
    Phone: (323) 988-2400 ext 235
    Fax: (866) 620-2956
    E-Mail: magruss@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to the Defendant at the address listed below:

Northstar Location Services, LLC
4285 Genesee Street
Cheektowaga NY 14225-1943

/s/ Michael Agruss
Michael Agruss
Attorney for Plaintiff